TRINA A. HIGGINS, United States Attorney (#7349)
JACOB J. STRAIN, Assistant United States Attorney (#12680)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah  84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PLASTIC SURGERY INSTITUTE OF UTAH, INC.; MICHAEL KIRK MOORE JR.; KARI DEE BURGOYNE; KRISTIN JACKSON ANDERSEN; AND SANDRA FLORES,<br><br>    Defendant. | Case No. 2:23-cr-00010<br><br>NOTICE OF APPEARANCE<br><br>District Court Judge Howard C. Nielson, Jr. |

  Notice is hereby given of the entry of appearance of Jacob J. Strain, Assistant United States Attorney, as co-counsel for the United States of America in the above-entitled action.

  RESPECTFULLY SUBMITTED on this 17th day of January 2023.

                TRINA A. HIGGINS
                United States Attorney

                */s/ Jacob J. Strain*
                JACOB J. STRAIN
                Assistant United States Attorney