KATHRYN N. NESTER (13967)
WENDY M. LEWIS (5993)
NESTER LEWIS PLLC
50 W. Broadway, Suite 300
Salt Lake City Utah, 84101
801-525-4375
wendy@nesterlewis.com
kathy@nesterlewis.com

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PLASTIC SURGERY INSTITUTE OF UTAH INC; MICHAEL KIRK MOORE JR; KARI DEE BURGOYNE: KRISTIN JACKSON ANDERSEN; AND SANDRA FLORES, <br><br> Defendants | MOTION TO MODIFY CONDITIONS OF RELEASE <br><br> Case No. 2:23-CR-00010-HCN <br><br> Judge Howard C. Nielson Jr. <br> Magistrate Judge: Jared C. Bennett |

The defendant, Dr. Michael Kirk Moore, by and through his counsel, hereby submits the following motion to modify his conditions of release.

Dr. Moore appeared before Magistrate Judge Bennett on January 26, 2023 for his Initial Appearance. At that time the Court ordered Dr. Moore released to pretrial on conditions of release. Included in his conditions of release is the standard condition that he "not possess a firearm, ammunition, destructive devise, or other dangerous weapon". Dr. Moore requests that this condition be modified to allow him

to keep firearms in the home so long as they are locked in a secure manner and that an adult, other than Dr. Moore, maintains the passcode to access the firearms. The reasons for this modification are as follows:

1. Dr. Moore has converted a storage room in his home into a safe. This room is approximately 6 X 12 and is located in the basement.
2. The room has a bank vault type of door that is secured with a passcode.
3. In addition to firearms, the room contains other valuables.
4. Dr. Moore's mother lives in the home and she is the only person who has the passcode to the room.
5. Dr. Moore does not have another safe location to store his firearms, nor any family members in the area who are able to store them on his behalf.
6. Mr. Moore's pretrial officer, Ms. Caroline Bye-Routh, inspected the home but was unable to look into the safe because Dr. Moore's mother was not home, and he did not know the passcode.
7. Pretrial defers to the court on this matter.
8. Defense Counsel has spoken to AUSA Jacob Strain, and he represented that the government has no objection to Dr. Moore storing the firearms in this manner.

For the reasons stated herein, Dr. Moore moves this Court to modify his conditions of release, allowing him to maintain his firearms in the home in the manner described.

DATED this the 22nd day of February, 2023.

                                                    WENDY M. LEWIS  
                                                    Attorney for Dr. Moore

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served to the following through the Court's electronic filing system on the 22nd day of February, 2023:

Todd Christopher Bouton  
todd.bouton@usdoj.gov

Jacob J. Strain  
Jacob.strain@usdoj.gov

Attorneys for Plaintiff

                                                    */s/ Wendy M. Lewis*  
                                                    Wendy M. Lewis