KATHRYN N. NESTER (13967)
WENDY M. LEWIS (5993)
**NESTER LEWIS PLLC**
50 W. Broadway, Suite 300
Salt Lake City Utah, 84101
801-525-4375
wendy@nesterlewis.com
kathy@nesterlewis.com

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, v. MICHAEL KIRK MOORE, Defendant. | **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**  Case No. 2:23-CR-00010-HCN  Judge: Howard C. Nielson Jr. Magistrate Judge: Jared C. Bennett |
|---|---|

Kathryn N. Nester and Wendy M. Lewis, attorneys for Dr. Michael Kirk Moore, hereby move to withdraw as counsel in this matter. Dr. Moore has informed counsel that he is representing himself and has directed counsel to withdraw.

For the above reason, counsel for the defendant respectfully requests this Court allow them to withdraw as counsel for Dr. Moore.

DATED this 3rd day of May, 2023.

*/s/ Wendy M. Lewis*
WENDY M. LEWIS
KATHRYN N. NESTER
Attorneys for Dr. Moore