KATHRYN N. NESTER (13967)
WENDY M. LEWIS (5993)
NESTER LEWIS PLLC
50 W. Broadway, Suite 300
Salt Lake City Utah, 84101
801-525-4375
wendy@nesterlewis.com
kathy@nesterlewis.com

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PLASTIC SURGERY INSTITUTE OF UTAH INC; MICHAEL KIRK MOORE JR; KARI DEE BURGOYNE: KRISTIN JACKSON ANDERSEN; AND SANDRA FLORES,<br><br>    Defendants. | MOTION TO CONTINUE<br><br><br>Case No. 2:23-CR-00010-HCN<br><br><br><br>Judge Howard C. Nielson Jr.<br>Magistrate Judge: Jared C. Bennett |

The defendant, Michael Kirk Moore, by and through counsel, hereby moves this Court to continue the Status Conference, currently scheduled for May 11, 2023, at noon, to either May 23, 2023, or May 26, 2023. The basis for this motion was set forth in Dr. Moore's email to this Court, today, May 10, 2023. The above-stated

dates will allow both counsel for Dr. Moore, and Ms. Burgoyne to be present at the hearing.

DATED this 10th day of May, 2023.

/s/ Wendy M. Lewis
WENDY M. LEWIS
KATHRYN N. NESTER
Attorneys for Michael Moore