## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PLASTIC SURGERY INSTITUTE OF UTAH INC; MICHAEL KIRK MOORE JR; KARI DEE BURGOYNE: KRISTIN JACKSON ANDERSEN; AND SANDRA FLORES,<br><br>    Defendants. | ORDER TO CONTINUE STATUS CONFERENCE<br><br>Case No. 2:23-CR-00010-HCN<br><br><br><br><br>Judge Howard C. Nielson Jr.<br>Magistrate Judge: Jared C. Bennett |

This cause, having come before the Court, pursuant to Mr. Moore's Motion to Continue, and the Court, having considered same, does hereby GRANT the Motion to Continue Status Conference and continues this hearing currently scheduled for May 11th, 2023, at 12:00 p.m. to _____.

DATED this _____ day of May, 2023.

BY THE COURT:

_____
Jared C. Bennett
United States District Court Judge