UNITED STATES PROBATION OFFICE
FOR THE DISTRICT OF UTAH

## Petition and Order for Action on Conditions of Pretrial Release

Name of Defendant:  Michael Kirk Moore            Docket Number:   2:23CR00010-002

Name of Judicial Officer:   Honorable Jared C. Bennett
                            U.S. Magistrate Judge

Date of Release:   January 26, 2021

### PETITIONING THE COURT

To issue a Summons

### CAUSE

The probation officer believes that the defendant has violated the conditions of supervision as follows:

**Allegation No. 1: The defendant has failed to complete processing by the U.S. Marshals Service, as instructed by the U.S. Pretrial Services Office.**

Evidence in support of this allegation: Confirmation from the U.S. Marshals Service that the defendant has not been processed.

**Allegation No. 2: The defendant has failed to submit documentation of employment or record of business transactions from the Plastic Surgery Institute.**

Evidence in support of this allegation: A review of the defendant's pretrial records indicate no documentation has been submitted to verifying the defendant's employment or financial transactions of the Plastic Surgery Institute.

I declare under penalty of perjury that the foregoing is true and correct.

By    Caroline Bye-Routh
      U.S. Pretrial Services Officer
      Date:  May 11, 2023

**THE COURT ORDERS:**

Michael Kirk Moore
2:23CR00010-002

- ☐ The issuance of a Summons
- ☐ The issuance of a Warrant
- ☐ No action
- ☐ Other: _____
- ☐ That the conditions or pretrial release be amended as outlined above
- ☐ That the Warrant issued on the above date be withdrawn
- ☐ Previous Petition to be amended and the issuance of a Warrant
- ☑ Expedited hearing set for: May 26, 2023 at 10:30 a.m. Courtroom 8.400
  before U.S. Magistrate Judge JARED C. BENNETT

_____
Honorable Jared C. Bennett
U.S. Magistrate Judge

Date: May 11, 2023