Michael Kirk Moore
Pro Se Defendant
12244 South 2000 East
Draper, UT  84020
(801) 685-2730
drmoore@psiutah.com

FILED US District Court-UT
MAY 26 '23 PM04:15

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL KIRK MOORE,<br><br>Defendant. | **Motion for Review of Detention Based upon Change of Circumstances**<br><br>Case No. 2:23-CR-00010HR<br><br>Magistrate Judge Jared Bennett |

I, the defendant, Michael Kirk Moore, appearing pro se, herby move this Honorable Court, pursuant to 18 U.S.C. § 3142(f)(2), to review the order detaining me in the above-entitled matter. Pursuant to §3142(f)(2), a detention hearing "may be reopened, before or after a determination by the judicial officer, at any time before trial, if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue of whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person in the community." 18 U.S.C. §3142(f)(2).

I appeared before this court on January 26, 2023, for an initial appearance. At that time, I was granted pretrial release under certain conditions. On May 26, 2023, I appeared before this Court to answer for violations of pretrial release, specifically, for failure to be

1

processed by the United States Marshals, failure to turn over financial records for the

Plastic Surgery Institute, and failure to surrender my passport. At the time of the hearing,

my United States Pretrial Officer testified that I had in fact provided adequate financial

records and therefore allegation 2 was dismissed. The Court found that I was in violation of

my pretrial release for failure to be processed by the United States Marshals and failure to

surrender my passport, and I was taken into custody. There are currently material changes

in circumstances, which warrant a reopening of the matter of detention.

1. I have now been fully processed by the United States Marshals, including the submission of my DNA, and therefore Allegation 1 is now moot.

2. I am prepared to surrender my passport immediately.

3. I am further prepared to follow any and all conditions of release set by this Court.

4. I request that the Court hold an expedited hearing on this matter.

Because I have now been processed by the United States Marshals and am willing to

turn in my passport, in addition to following any other conditions of release set by the

Court, there is now a material change in circumstances and for this reason, I request that

the Court schedule a hearing to review my detention status.

DATED this 26th Day of May, 2023.

*/s/ Dr. Michael Kirk Moore*
MICHAEL KIRK MOORE
Defendant

2