# JEFFREY A. BRONSTER, ESQ.
**ATTORNEY AT LAW**
**17 WENDELL PLACE**
**FAIRVIEW, NEW JERSEY 07022**

_____

**(201) 945-2566**

**Facsimile: (201) 945-2688**
**email: jbronster@bronsterlaw.com**

**MEMBER OF NEW JERSEY & NEW YORK BAR**

November 6, 2024

Honorable Jared C. Bennett
United States District Court
351 South West Temple
Salt Lake City, UT 84101

                Re:    United States v. Plastic Surgery Institute
                          of Utah Inc., et al.
                          Case No. 2:23-cr-00010-HCN

Dear Judge Bennett:

      I am co-counsel to Dr. Michael Moore, a defendant in the above-captioned case. Mr. Moore has been arrested for allegedly violating his bail conditions, and is presently incarcerated awaiting a hearing. I am writing to respectfully ask the Court to schedule a revocation hearing for Friday, so that there will at least be an opportunity for us to argue for Dr. Moore's release before the weekend.

      In addition, given the exigency of the matter, I am also writing to inquire whether the Court would allow me to appear at the hearing, whether it be Friday or next week, electronically. While I do have co-counsel on the case, David Drake, Esq., the motion would ordinarily be one that I would be arguing on behalf of Dr. Moore.

      Thank you for your courtesy in this matter. I shall await the further advice of your chambers.

                                        Respectfully yours,

                                        /s/ *Jeffrey A. Bronster*

                                        JEFFREY A. BRONSTER

cc: All Counsel of Record (via PACER)