# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **ORDER SEQUESTERING JURY** |
| v. | Case No. 2:23-cr-10-HCN |
| PLASTIC SURGERY INSTITUTE OF UTAH; MICHAEL KIRK MOORE, JR.; and KRISTIN JACKSON ANDERSEN, | Howard C. Nielson, Jr.<br>United States District Judge |
| Defendants. | |

The general practice of a condensed, partial-day jury trial schedule is authorized by General Order 22-012. That General Order outlines the advantages of the trial schedule in use in this court for decades.

The requirements of this case require a modified, condensed trial-day schedule from 10:00 a.m. to 4:30 p.m. with condensed trial breaks. The trial day will include a forty-five-minute break for lunch and one twenty-minute break during the afternoon. All breaks will be taken in the jury room.

**IT IS HEREBY ORDERED** that:

1. The jury will be **PARTIALLY SEQUESTERED** and will remain together in the courthouse during the lunch break and other breaks to facilitate the condensed trial schedule.

2. Lunch for the jurors will be obtained by court personnel and delivered to the jury room.

3. The Clerk of the Court is **DIRECTED** to expend funds pursuant to 28 U.S.C. § 1871(e) to provide for lunches to jurors and consistent with the guidelines of the Clerk of Court.

**IT IS SO ORDERED.**

Dated this 26th Day of June, 2025.

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge