FELICE JOHN VITI, Acting United States Attorney (#7007)
Attorney for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PLASTIC SURGERY INSTITUTE OF UTAH, INC.; MICHAEL KIRK MOORE JR.; and KRISTIN JACKSON ANDERSEN,<br><br>Defendants. | Case No. 2:23-cr-00010-HCN<br><br>NOTICE OF DISMISSAL<br><br>Judge Howard C. Nielson, Jr. |

Based upon leave of this Court granted by the United States District Court Judge, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Second Superseding Indictment is hereby dismissed with prejudice.

Respectfully submitted,

*/s/ Felice John Viti*
FELICE JOHN VITI
Acting United States Attorney