# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | ORDER |
| Plaintiff, | : | |
| | : | Case No.: 2:23CR00010-002 |
| **Michael Kirk Moore Jr.** | : | |
| Defendant | : | |
| | : | |

It is hereby ordered the Clerk of Court release Michael Kirk Moore Jr.'s passport to Michael Kirk Moore Jr.

DATED this 15th day of July, 2025.

BY THE COURT:

_____
Honorable Jared C. Bennett
United States Magistrate Judge